IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

CITY OF RIO RANCHO,

    Plaintiff-Appellant,

v.                                               No. 28,780

JONI D. HARDMAN,

    Defendant-Appellee.

APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY
John F. Davis, District Judge

City of Rio Rancho
James C. Babin, City Attorney
Gina R. Manfredi, Assistant City Attorney
Rio Rancho, NM

for Appellant

Colin Hunter
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**SUTIN, Judge.**

    Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

    AFFIRMED.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**


_____
**CELIA FOY CASTILLO, Judge**